REC'D IN COURT OF APPEALS
12th Court of Appeals District
~~~~~~~~~
TYLER TEXAS
CATHY S. LUSK, CLERK

TO: Twelfth Court of Appeals                    7-30-15

Due to me Returning to TDCJ I Just Sent a letter on the 7-28-15 making you aware of me Being Back at the coffield unit I Hav A letter from you today That Dates Thursday July 16, 2015 I Just Recieved today Stamped July 27, 2015 That the motion filed for Extension fails to comply with Texas Rules of Appellate Procedure 9,5 Specifically Certificate of service And It Says please forward a proper certification on or before monday July, 27, 2015 wich was a Day Before I got to the coffield unit and The letter Was alredy out of time This Day I Recieved It By 3 days also I Do not Have access to law library To Have The understanding of Specifically Certificate of Service What is the proper certification Can you please explain and extend the Time To Correct It for you Thankyou

PS: I Am In over flow Transant And Not Population And I will Be Here until they Have a cell in population There fore I cant Move around and go to law library So please under Stand The Duress And are you Refering to The DockeTing Statement If So I'm Having complications I Do not Have An Attorney